ORDERED that the petition for certification is granted.

970 A.2d 1045

PHILIP E. HAHN, PLAINTIFF–PETITIONER, v. THE UNIVERSITY OF MEDICINE AND DENTISTRY OF NEW JERSEY, IN NEW-ARK, NEW JERSEY, DEFENDANT, AND MARCO ZARBIN, A/K/A MARK ZARBIN, DEFENDANT–RESPONDENT.

April 29, 2009.